AO 91 (Rev. 11/11) Criminal Complaint

FILED
May 05, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AJ_____
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Eduardo Ramon BACA<br><br>*Defendant(s)* | )<br>)<br>)  Case No. SA-21-MJ-524<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 13 - 15, 2020 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21/846, 841(a)(1)&(b)(1)(B) | Conspiracy to Distribute 500 grams or more of a mixture or substance containing a detectable amount of Cocaine.<br><br>PENALTIES:<br>5-40 years imprisonment; $5,000,000 fine; 4 years SR<br>$100 mandatory special assessment |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

DAVID SHEARER, DEA, TFO
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: May 5, 2021 at 2:10pm

City and state: San Antonio, Texas

*Judge's signature*

Elizabeth S. Chestney, US Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | SA-21-MJ-524 |
| **Eduardo Ramon BACA** | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Before me, the undersigned authority, appeared David M. Shearer, Affiant, who, after being placed under oath, deposed and stated the following:

2. I am an Investigator with the Terrell Hills Police Department, assigned to the U.S. Drug Enforcement Administration (DEA) as a Task Force Officer (TFO) and has been so employed since December 19, 2018. My responsibilities include the investigation of criminal violations of Title 21, United States Code, and other related offenses.

3. I make this affidavit in support of a Criminal Complaint charging Eduardo Ramon BACA with Conspiracy to Distribute a Controlled Substance, to wit, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B), in San Antonio, Texas, in the Western District of Texas, from on or about December 13, 2020 to on or about December 15, 2020.

4. This affidavit is based upon my familiarity and investigation of this matter, as well as conversations I have had with other members of law enforcement also involved in this investigation and from other sources of information specifically discussed herein. This affidavit does not include every fact and matter observed by me or known to the government relating to this investigation.

5. On November 18, 2020, Senior United States District Judge David Ezra, Western

District of Texas, signed an Order authorizing the interception of electronic communications to and from Target Telephone-5 (TT-5).

6. DEA began the interceptions on or about November 19, 2020.

7. On December 13, 14 & 15, 2020, agents intercepted electronic communications (texts) to and from Target Telephone-5, which indicated that "JM" (user of Target Telephone-5) was brokering a narcotics transaction between an unknown courier and an unknown buyer, at JM's residence, located in the 1200 block of W. Gerald, San Antonio, TX.

8. TT-5 user = JM

    USER4160 = FNU LNU

    USER2829 = FNU LNU, 52-877-100-2829

    UM0671 = DL

9. Relevant TT-5 Texts on Dec 13, 2020:

1884 USER2829 to JM  Buenas tardes mi friend (Good afternoon, my friend)

1885 USER2829 to JM  Oiga, sólo para decirle a Smokey que mañana lo veo en la tarde (Hey, just to let you know to tell Smokey that I will see him tomorrow afternoon.)

1886 USER2829 to JM  Primero Dios (God willing.)

1887 USER2829 to JM  Sin falta ahora si (This time it is for real)

1888 JM to USER2829  Ok gracias (Okay. Thank you)

1889 USER2829 to JM  Yo le aviso cuando ya cerca para que esten listo. Gracias (I will let you know when close, so you guys can be ready. Thank you.)

1890 JM to USER2829  Ok

10. Based on my experience and training, and that of the other agents assigned to this wiretap investigation, we believed that when USER2829, texting from Mexican cellular telephone number 52-877-100-2829, exchanged this series of texts with JM (TT-5), that USER2829 was either bringing narcotics to JM or was sending a courier with narcotics to JM ("tell Smokey that I will see him tomorrow afternoon", "This time it is for real", and "I will let you know when close, so you guys can be ready"). Based on my experience and training, and that of the other agents assigned to this investigation, the text communications intercepted on December 13, 2020, also indicated an initial delay of the transaction.

11. Relevant TT-5 Texts on Dec 14, 2020:

| | | |
|---|---|---|
| 1993 | USER2829 to JM | My friend |
| 1994 | USER2829 to JM | Buenas tardes (Good afternoon) |
| 1995 | USER2829 to JM | Al rato nos vemos ahora si... (We will meet later. Now it is for sure....) |
| 1996 | USER2829 to JM | Pa que eaten al pendiente por favor ahora si (So that you can be ready, please. Now it is for sure) |
| 1998 | JM to UM0671 | Be ready in awhile, my friend wants to go eat. I let u know when he's here |
| 2008 | USER2829 to JM | My friend, have you heard from Smokey? |
| 2010 | JM to USER2829 | He came by yesterday |
| 2011 | USER2829 to JM | No it's Ok no worries |
| 2012 | USER2829 to JM | I'll call him tomorrow |
| 2013 | JM to USER2829 | He probably still at work |
| 2014 | USER2829 to JM | No worries |

| 2015 | USER2829 to JM | Thank you my friend |
| 2025 | JM to USER2829 | Tadavia vamos a ir a comer verda? (We are still going to eat, right?) |
| 2028 | USER2829 to JM | Pos estoy esperando my friend (Well, I am waiting on my friend) |
| 2029 | JM to USER2829 | Esprando? (Waiting?) |
| 2033 | JM to USER2829 | Pero si vamos ahora verda? (But... We are going today, right?) |
| 2034 | USER2829 to JM | No se my friend (I do not know, my friend.) |
| 2035 | USER2829 to JM | Manana pues se hizo tarde yo creo (Tomorrow, because it is already late, I think.) |
| 2036 | USER2829 to JM | Manana le. Aviso.. todo ok (I will let you know everything tomorrow, okay.) |

12. Again, and based on my experience and training, and that of the other agents assigned to this wiretap investigation, and the texts sent on the day prior, we believed that when USER2829 exchanged this series of texts with JM (TT-5), that USER2829 was supposed to have brought narcotics to JM or sent narcotics to JM via courier, but was delayed because his source didn't supply him on time ("We will meet later. Now it is for sure....", "So that you can be ready, please. Now it is for sure", "We are still going to eat, right?", "Well, I am waiting on my friend", "Waiting?" - "But... We are going today, right?" - "I do not know, my friend", and "Tomorrow, because it is already late, I think"). While these intercepted text communications initially led your Affiant and other case agents assigned to the case believe that the narcotics would be arriving shortly, subsequent text messages again indicated a delay.

13. Additionally, and again, based on my experience and training, and that of the other agents assigned to this wiretap investigation, and the series of texts sent over these two

4

days, we believed that when JM texted UM0671 (later identified as "DL") "Be ready in awhile, my friend wants to go eat. I let u know when he's here", JM was telling DL that the narcotics would be arriving shortly (they did not).

14. Relevant TT-5 Texts on Dec 15, 2020:

| | | |
|---|---|---|
| 2067 | JM to UM0671 | Call me when u wake up |
| 2074 | USER2829 to JM | My friend, you getting ready? |
| 2075 | USER2829 to JM | Thank you |
| 2076 | JM to USER2829 | Yes sir |
| 2077 | USER2829 to JM | Smokey hasn't answered |
| 2078 | USER2829 to JM | Everything ok? |
| 2079 | JM to USER2829 | Yes sir |
| 2080 | USER2829 to JM | Phone off |
| 2081 | USER2829 to JM | Ok. Hope you can help me, if not he's going to take beers somewhere else... |
| 2082 | USER2829 to JM | Let's try to not let him leave |
| 2083 | USER2829 to JM | Let me know if you talk to Smokey please |
| 2084 | USER2829 to JM | To call me |
| 2085 | USER2829 to JM | If not pos, you go ahead.... |
| 2086 | JM to USER2829 | I talked to your friend ill make sure I take care of that so he doesn't have to go elsewhere |
| 2088 | USER2829 to JM | Yes to make points and he stay with us |
| 2089 | USER2829 to JM | Thank you |
| 2090 | USER2829 to JM | Please try to have tickets to raffle ok. Por favor |

| 2091 | USER2829 to JM | Thank you, keep me posted |
| 2094 | JM to USER4160 | 1238 W Gerald |
| 2095 | USER4160 to JM | Ok |
| 2096 | USER2829 to JM | Bad ass my friend |
| 2097 | USER2829 to JM | Just spoke to licensiado |
| 2098 | JM to USER2829 | Yes I got you. Gracias |
| 2101 | USER4160 to JM | Ya voy que se vaya acercando (I am going. Have him start getting closer.) |
| 2103 | JM to USER4160 | ok |
| 2108 | JM to UM0671 | Where u at |
| 2112 | USER2829 to JM | Alright my friend |
| 2113 | USER2829 to JM | Licenciado already called you ok! |
| 2114 | JM to USER2829 | Si ya esta (Yes, it is done) |
| 2115 | USER2829 to JM | Bad ass !!!! |
| 2116 | JM to USER2829 | He just left |
| 2117 | USER2829 to JM | Thank you a million |
| 2118 | USER2829 to JM | Al ratito hablamos! Gracias y saludos (We will talk later. Thanks and take care) |

15. Finally, based on my experience and training, and that of the other agents assigned to this wiretap investigation, and the series of texts sent on the days prior, we believed that when USER2829 exchanged this series of texts with JM (TT-5), that USER2829 was finally bringing narcotics to JM or sending narcotics to JM via courier ("My friend, you getting ready?" – "Yes sir". "Everything ok?" – "Yes sir".). Then there was a series of texts that led agents to

believe that the courier was en route and for JM to keep the buyer there ("I talked to your friend ill make sure I take care of that so he doesn't have to go elsewhere" – "Yes to make points and he stay with us" – "Thank you" When USER 2829 tells JM "Please try to have tickets to raffle ok. Por favor", agents believed that "tickets to raffle" was a code for money / drug proceeds.

16. Based on all of the above, on Tuesday, December 15, 2020, at approximately 3:30 pm, SADO Group D-51 Agents and TFOs and DEA Air wing, assisted by a Bexar County Sheriff's Office (BCSO) marked unit, and Texas DPS marked units, established surveillance around JM' residence, in the 1200 block of W. Gerald, San Antonio, TX.

17. At approximately 3:50 pm, TFA Jason Gamez observed a silver 2018 Chevrolet Suburban, bearing Mexico LP ***045A (suspected drug courier) park near the target residence. At approximately 4:11 pm, TFA Gamez observed a beige Silverado pick-up truck, bearing TX LP ***-7224 (suspected buyer) arrive.

18. At approximately 4:30 pm, TFA Gamez observed both vehicles depart. DEA Air wing, and one-half of the Group followed the courier; the remaining members of the surveillance team followed the buyer.

19. At approximately 4:40 pm, TFA Lopez and TFO Diaz attempted to conduct an investigative stop of the beige Silverado pick-up truck on the NB IH-35 access road. The vehicle failed to stop and fled at a high rate of speed. The vehicle turned into a business (**** Party Rentals) at ### Flanders, and attempted to close the gate behind himself. TFA Lopez and TFO Diaz were able to follow onto the property just as the gate closed. TFO Diaz and TFA Lopez made contact with the driver and sole occupant of the Silverado, who had no driver license on his person. The driver was eventually identified as DL. DL refused consent to search the vehicle. A BCSO marked unit arrived shortly thereafter. At approximately 5:19 pm, TX DPS

Trooper Luke Garza arrived with his certified Narcotics K-9. Trooper Garza and his K-9 conducted a free air search of the exterior of the Silverado. According to Trooper Garza, the K-9 alerted to the presence of narcotics in the vehicle. At approximately 5:25 pm, TFA Lopez and TFO Diaz searched the vehicle and seized two bundles wrapped in cellophane and tape consistent with the characteristics of cocaine. DL was arrested and was transported to the SADO for processing and interviewing by SA Brian O'Neill. TFO Diaz and TFA Lopez transported the suspected cocaine to the SADO for processing. DL was questioned, and was subsequently released, pending further investigation.

20. The courier was followed to a Best Buy store off of NE Loop 410 and San Pedro/Isom. The courier was then the subject of a traffic stop by Texas DPS Trooper R. Morales off of Northbound Hwy 281 and Brook Hollow Blvd. The driver was identified by his Texas Driver License as Eduardo Ramon BACA. A search of the vehicle revealed a large amount of US Currency (bundled and secured with rubber bands) contained inside a plastic grocery bag. BACA stated that he was an attorney, and that the currency belonged to his employer's beer company. At approximately 6:42 pm, Trooper Morales seized the US Currency and then transferred custody of same to DEA SA James Moreno. BACA was released pending further investigation. SA Moreno transported the currency to the SADO, and processed same per DEA guidelines.

21. Law enforcement databases reveal that that Chevrolet Suburban, driven by BACA (sole occupant) crossed into the US at Laredo, TX, from Mexico on December 14, 2020.

22. On Friday, December 17, 2020, TFOs David M. Shearer and Jaime Diaz transported the seized currency to Loomis for an Official Count. Loomis Official count totaled $27,200.00 U.S. Currency.[1]

## CONCLUSION

23. Based on the information contained in this affidavit, I submit that there is probable cause to believe that beginning on or about December 13, 2020, and continuing until on or about December 15, 2020, in San Antonio, Texas, within the Western District of Texas, Eduardo Ramon BACA unlawfully, knowingly and intentionally combined, confederated and agreed with others, known and unknown, to distribute a controlled substance, to wit, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of 21 USC, Sections 846, 841(a)(1) and (b)(1)(B).

_____
David M. Shearer
DEA TFO

Sworn to before me on May 5, 2021

_____
ELIZABETH S. CHESTNEY
U.S. MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS

---

[1] This amount falls in the range of street value for cocaine in San Antonio, TX. One kilogram of cocaine is valued between $25,000 and $32,000.